# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WAKEEL ABDUL-SABUR, | ) CASE NO. 7:18CV00367 |
| Petitioner, | ) |
| v. | ) FINAL ORDER |
| STATE OF VIRGINIA, | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition, titled by petitioner as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is hereby **CONSTRUED** as a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and is **DISMISSED** without prejudice as successive.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 30th day of July, 2018.

_____
Senior United States District Judge